■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND E. HILL, Appellant. [913 NYS2d 587]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Stephen T. Miller, A.J.—Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES B. METALES, Appellant. [913 NYS2d 588]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Stephen T. Miller, A.J.—Attempted Robbery, 2nd Degree). Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC G. SCHWABLE, Appellant. [913 NYS2d 588]—Appeal dismissed as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Burglary, 2nd Degree). Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEREMY YANTZ, Also Known as JEREMY S. YANTZ, Appellant. [913 NYS2d 587]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Genesee County Court, Robert C. Noonan, J.—Violation of Probation). Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.